**No. 22-15142**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
—————————————————————

ANYKA HARRIS, et al.,
*Plaintiffs-Appellees,*

*vs.*

CITY OF TULARE, et al.,
*Defendants-Appellants.*
—————————————————————

Appeal from the United States District Court
For the Eastern District of California
Case No. 1:18-cv-01135 JLT SKO
The Honorable Dale A. Drozd, United States District Judge
—————————————————————

**PLAINTIFFS-APPELLEES' MOTION TO RESCHEDULE ORAL ARGUMENT**
—————————————————————

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074) (dalekgalipo@yahoo.com)
Hang D. Le (Bar No. 293450) (hlee@galipolaw.com)
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

Attorneys for Plaintiff-Appellee Anyka Harris

THE COCHRAN FIRM CALIFORNIA
Brian T. Dunn (Bar No. 176502) (bdunn@cochranfirm.com)
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205

Attorneys for Plaintiff-Appellee Bobby Reedom

## <u>MEMORANDUM</u>

Through this motion, plaintiffs-appellees respectfully request that this Court continue the date of oral argument in this appeal to a date in January 2023, prior to January 24, 2023. Plaintiffs-appellees seek a continuance for good cause because their counsel is unexpectedly unavailable due to a jury trial for reasons that could not have been foreseen despite counsel's diligence. That trial is currently ongoing in the Superior Court of California, County of Los Angeles, in the matter entitled *Cooke v. City of Los Angeles*, No. 18STCV00882, and is expected to continue through the week of December 5-9, 2022.

In plaintiffs-appellees' statement of availability, filed August 23, 2022, plaintiffs-appellees' counsel stated he would be available for argument during this Court's December 5-9 sitting dates. [Dkt. 28.] At that time, the trial in the *Cooke* matter was set to begin on October 10, 2022. [Order re: Trial Setting Conference (July 21, 2022) [Ex. A].] However, on September 26, 2022, after the statement of availability was filed, the Superior Court *sua sponte* advanced the commencement date for the *Cooke* jury trial to November 21, 2022. [Order re: Final Status Conference (Sept. 26, 2022) [Ex. B.] Thus, for reasons outside counsel's control, the ongoing *Cooke* trial conflicts with the current oral argument date in this appeal, prompting this request.

Plaintiffs-appellees' counsel has conferred with counsel for defendants-appellants regarding this request, which counsel for defendants-appellants has stated defendants-appellants intend to oppose. Nevertheless, plaintiffs-appellees believe good cause exists for this request.

DATED: November 29, 2022     LAW OFFICES OF DALE K. GALIPO

By  */s/ Dale K. Galipo*
    Dale K. Galipo
    Hang D. Le
    Attorneys for Plaintiff-Appellee Anyka
    Harris

# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 48

**18STCV00882**                                                             July 21, 2022
**SHELLIE COOKE vs CITY OF LOS ANGELES, et al.**                              8:30 AM

| | |
|---|---|
| Judge: Honorable Thomas D. Long | CSR: None |
| Judicial Assistant: J. Jones | ERM: None |
| Courtroom Assistant: S. Brown | Deputy Sheriff: None |

APPEARANCES:

For Plaintiff(s): John Burton via LA CourtConnect; Dale K. Galipo via LA CourtConnect

For Defendant(s): Geoffrey Plowden for J. Edwin Rathbun via LA CourtConnect

**NATURE OF PROCEEDINGS:** Trial Setting Conference

The matter is called for hearing.

Final Status Conference is scheduled for 09/26/2022 at 09:00 AM in Department 48 at Stanley Mosk Courthouse.

Jury Trial is scheduled for 10/10/2022 at 09:00 AM in Department 48 at Stanley Mosk Courthouse.

Plaintiff to give notice.

**EXHIBIT B**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 48

**18STCV00882**                                                    September 26, 2022
**SHELLIE COOKE vs CITY OF LOS ANGELES, et al.**                            9:00 AM

Judge: Honorable Thomas D. Long          CSR: None
Judicial Assistant: Emily Ma Reyes        ERM: None
Courtroom Assistant: Sandra Brown         Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): John Burton (Telephonic) (via CourtConnect); Eric Valenzuela & Dale K. Galipo

For Defendant(s): GEOFFREY R. PLOWDEN for J. Edwin Rathbun (via CourtConnect) (Telephonic)

**NATURE OF PROCEEDINGS:** FINAL STATUS CONFERENCE

The matter is called for hearing.

The Court and Counsel confer regarding Trial readiness.

On the Court's own motion, the Final Status Conference scheduled for 09/26/2022 is continued to 11/14/2022 at 09:00 AM in Department 48 at Stanley Mosk Courthouse.

On the Court's own motion, the Jury Trial scheduled for 10/10/2022 is advanced to this date and continued to 11/21/2022 at 09:00 AM in Department 48 at Stanley Mosk Courthouse.

Discovery and motion deadlines are not reset based on the new Trial date. The Trial Preparation Order is signed and filed this date. The parties are ordered to comply with the terms of the Trial Preparation Order.

The parties may argue updated jury instructions and a motion in limine to exclude certain evidence on account of the negligence cause of action being dismissed.

Notice is waived.